UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Gloria Carter and Roy Farr</u>

   v.                           Civil No. 05-399-JD

<u>North Central Life Insurance Company</u>


<u>O R D E R</u>

The parties have filed a joint motion for stay of all further proceedings pending final approval of settlement in a related case (document no. 48). The motion is granted. This case shall be administratively closed subject to being reopened at the request of any party.

SO ORDERED.

                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

December 20, 2006

cc:  Lee E. Bains, Jr., Esquire
     James E. Butler, Jr., Esquire
     Thomas J. Butler, Esquire
     Christopher Cole, Esquire
     Kate S. Cook, Esquire
     Lorrie L. Hargrove, Esquire
     Robert R. Lucic, Esquire
     Michael D. Mulvaney, Esquire
     Edward K. O'Brien, Esquire
     Joel O. Wooten, Jr.